JAMES C. DAVIS, AS DIRECTOR GENERAL OF RAILROADS, *Plaintiff in Error*, v. D. W. SWICORD, *Defendant in Error*.

Division B.

Decision Filed January 5, 1925.

Petition for Rehearing Denied February 14, 1925.

A Writ of Error to the Circuit Court for Sumter County; J. C. B. Koonce, Judge.

*A. M. Roland*, for Plaintiff in Error.

*J. T. McCollum*, for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.

On Petition for Rehearing.

PER CURIAM.—Each of the counts is for a separate and distinct demand for less than $100.00, and not within the jurisdiction of the court, except the 29th, 32nd, 35th, 36th and 49th counts. The 49th count refers to a bill of particulars showing separate and distinct demands, not shown to severally exceed $100.00. See 86 Fla. 376, 98 South. Rep. 140; 81 Fla. 430, 88 South. Rep. 256. There is no sufficient separate proof of the items in counts 29, 32, 35 and 36, even if it be conceded that the proper classification was applied to the shipments on which the several distinct and unconnected claims for freight balances are made; therefore the judgment for the defendant was properly affirmed.

Rehearing denied.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.